JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, an individual, | Case No. 8:24-cv-02093-JWH-KESx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BROOKHURST PAWNSHOP, INC., a California Corporation, and FOGEL, JACQUELINE TR SUBTRUST B FOGEL FAMILY TR, A TRUST, | |
| Defendants. | |

Pursuant to the Scheduling Notice and Order [ECF No. 11] entered on or about November 21, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: December 23, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE